IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Criminal No. 04-39

MAURICE ASKEW

ORDER DENYING PETITIONER'S
MOTION TO VACATE (DOC. NO. 95)

AND NOW, this 1st day of April, 2010, for the reasons set forth in the Memorandum Opinion (Doc. No. 120), Petitioner's Motion to Vacate (Doc. No. 95), as amended, is HEREBY GRANTED as to the improper special assessment of $100.00 imposed for his conviction at Count I of the indictment, and in all other respects is HEREBY DENIED.

IT IS FURTHER ORDERED that petitioner cannot demonstrate that reasonable jurists would find this Court's assessment of his constitutional claims debatable or wrong.  None of the rulings on the several issues were close calls.  Accordingly, the Court declines to issue a Certificate of Appealability pursuant to Section 102 of the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2253 (as amended).

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:
Maurice Askew, Petitioner
Inmate Number 07973-068
United States Penitentiary Canaan
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

all counsel of record